§ 2:137. COMPLAINT — UNDER FREEDOM OF INFORMATION ACT [5 USCA 552(A)(4)(B)] LAWSUIT...

**FILED**

**RMW**

I) THIS ACTION IS BROUGHT UNDER THE FREEDOM OF INFORMATION ACT, AS AMENDED (5 USCA, 552(A)(4) B. AND SEEKS PRELIMINARY AND FINAL INJUNCTION AGAINST WITHHOLDING CERTAIN INFORMATION FROM PLAINTIFF AND DIRECTING THAT IT BE DISCLOSED.

II) PLAINTIFF PETER CHAVEZ GODINEZ, HAS BEEN IN THE SANTA CLARA COUNTY JAIL, DEPARTMENT OF CORRECTIONS, SINCE JUNE-15-2003 TO THIS VERY DAY JANUARY-15-2008, EVERY DAY, THAT PLAINTIFF HAVE BEEN IN CUSTODY, HAVE BEEN SUFFERING CRUEL WRONG AND FROM CRUEL AND UNUSUAL PUNISHMENT, BECAUSE OF THE F.B.I AGENCY ACTIONS, THROUGH THE F.B.I AGENCY, ALL SPECIAL AGENTS GOVERNMENT SPECIAL SPYING INTELL-IGENCE, NEURO UNIVERSAL TECHNOLOGY, THAT HAS BEEN USED AGAINST PLAINTIFF, DAILY EVERY SECOND, SINCE 11-30-2002, TO THIS VERY DATE 01-15-2008 BY THE DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE, AND ALL THE F.B.I AGENCY, SPECIAL AGENTS, AND F.B.I SPECIAL PRIVATE INVESTIGATORS. AND DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE, IS THE VENUE ON THIS ACTION IS PROPERLY LAID IN THIS UNITED STATES DISTRICT COURT....

## CV 08   00656

III) DEFENDANT, F.B.I SPECIAL AGENT ERICK LAMOE, FROM THE FEDERAL BUREAU OF INVESTIGATION, OFFICE, 950. SOUTH BASCOM AVENUE, SAN JOSE, CALIF, 95126. OFFICE PHONE (408) 535-4646, DEFENDANT AGENT LAMOE MAINTAINS CERTAIN RECORDS CONSISTING GENERALLY, OF ALL MY PERSONAL ASSOCIATION WITH THE AGENCY, WHICH RELATES TO ALL THE FEDERAL CASES THAT I FABRICATED FROM 1999 TO 09-10-2002, IN WHICH IT GOT ME INTO BE RECRUITED AS A C.I.A, ACTIVE OPERATIVE SPY, WITH THE F.B.I AGENCY, ALL SPECIAL AGENTS AND SECRET GOVERNMENT OPERATIVE. I HAVE REQUESTED FROM THE AGENCY INFORMATION ABOUT THE FEDERAL CASE OF SUBJECT ESTEBAN MORENO PANTOJA, THAT I FABRICATED FOR THE AGENCY IN WHICH PLAINTIFF HAS AN INTEREST, FOR THE REASONS, THAT THIS CERTAIN CASE, IS THE MATTER THAT GOT ME, TO BE RECRUIT-ED, BY THE F.B.I AGENCY, WITH THEIR GOVT NEURO TECH, TO COVER UP, THE HOMICIDE THAT I COMMITTED AT 07-21-2001, WHILE I WAS ON THE F.B.I AGENCY, SPECIAL AGENTS SUPERVISION, AND WHILE I HAD THE F.B.I AGENCY, SECRET AMERICA PAGER RECORDER, ON MY POSSESSION RECORDING, THE EVENT THAT WE HAD UNDER GOVERNMENT SECRET SPECIAL SURVEILLANCE RECORDER ISSUE TO ME, BY THE AGENT LAMOE, THAT DATE 09-21-2001 APPR.18:00 HOURS. PLAINTIFF CLEARLY REQUESTED IN WRITING, IN A FOIA REQUEST LETTER ON JULY-13-2007, TO THE F.B.I AGENCY, APPROPRIATE F.B.I SPECIAL AGENTS ERICK LAMOE AND F.B.I SPECIAL AGENT BRYANT RICHARDSON, TO DISCLOSED THE RECORD MENTIONED ABOVE, TO PLAINTIFF, AND THAT IT PERMIT INSPECTION BECAUSE, PLAINTIFF HAS BEEN SUFFERING, BY THE F.B.I AGENCY, NEUROTECH, IN PLAINTIFF'S BODY NERVES, BY ALL THE F.B.I AGENCY SPECIAL AGENTS, DOING DOMESTIC INTELL, 24 HOURS DAILY. PLAINTIFF HAS BEEN REQUESTING SUCH RECORD, ONLY...I FABRICATED MANY CASES, FOR THE F.B.I AGENCY, AND THE UNITED STATES GOVERNMENT, BUT I'M ONLY REQUESTING, SUCH RECORD. I HAVE'NT RECEIVED AN ANSWER BY THE F.B.I AGENCY SINCE. UNDER THE FOIA, FEDERAL AGENCIES ARE REQUIRED TO RESPOND TO MY REQUEST WITHIN 20 WORKING DAYS OF RECEIPT. I HAVE WRITTENED THE AGENCY MANY OTHER LETTERS SAME AS THE FOIA REQUEST LETTER, I MAILED THE AGENCY ON JULY-13-2007, BUT THE AGENCY, DOSENT RESPOND TO MY FOIA REQUEST. THE F.B.I AGENCY, ALL SPECIAL AGENTS, 24 HOURS DAILY, EVEN AS I'M WRITING THIS FOIA COMPLAINT LAWSUIT, THE F.B.I AGENCY, AGENTS ARE COMMUNICATING WITH ME, THROUGH THE GOVT, NEURO TECHNOLOGY IN MY BODY NERVES, THREATENING ME...AND ASSAULTING ME, WITH THE RADIATION SIGNALS, ALL OVER MY BODY NERVES AND BODY INTERNAL ORGANS...

IV) PLAINTIFF, TRIED MANY TIMES, ASKING THESE RESPONSIBLE F.B.I SPECIAL AGENTS, TO RELEASED THIS LEGAL INFORMATION THAT I BEEN REQUESTING FROM THEM, SO I CAN HAVE HIGHER OFFICIALS REVIEW THIS INFORMATION, BECAUSE I'M IN STATE CUSTODY, AND THE GOVERNMENT SPECIAL SPYING INTELL-NEUROTECH, BEING ACTIVE OPERATIVE WHILE IN CUSTODY DEPRIVES ME OF LIFE, JUSTICE, PRIVACY, UNWARRANTED INVASION OF PERSONAL PRIVACY, AND IT DEPRIVES ME TO A FAIR TRIAL, IN WHICH THE STATE COURT HAVE REFUSED TO ISSUE ME MY ENTITLE TOO BY LAW, JURY TRIAL. DUE TO THE FACTS, OF THE GOVT NEUROTECH, BEING ACTIVE ON MY BODY NERVES, EVERY TIME I GO TO MY COURT HEARINGS, I CAN'T EVEN HEAR THE COURT JUDGE, OR COURT PERSONNEL, DUE TO THE F.B.I SPECIAL AGENTS, MANIPULA-TING THE COMMUNICATION THAT ENTERS MY HEARING NERVES, TO THEIR CENTRALIZED INTERNALIZED COMMUNICATION SIGNALS SPECIAL FORCES, SECRET COMMUNICATION. I NEED THE INFORMATION THAT I BEEN REQUESTING FROM THESE IRRESPONSIBLE SPECIAL AGENTS, BECAUSE ITS RELEVANT AND APPROPRIATE, FOR MY PRESENT CASE, CC-782723. MY LIFE HAS BEEN ON HOLD SINCE 11-30-2002, DUE TO THIS GOVERNMENT INTENTIONALLY ACTIVE INTERNAL PUNISHMENT, THROUGH THIS GOVERNMENT NEURO TECH IN MY BODY NERVES, THAT THE F.B.I SPECIAL AGENTS, HAVE BEEN DISTURBING ME AND KILLING ME SLOWLY, DAILY THIS PAST FIVE YEARS.

V) I TRIED TO NOT, GO THIS FAR ON THIS SERIOUS MATTER, BUT THESE AGENTS AND THE UNITED STATES DISTRICT COURT, HAVE CONTINUE-SLY, BEEN DENYING ME JUSTICE, THE COURT CAN SEE FOR THEMSELVES EXHIBIT, USC 1983 CIVIL RIGHTS COMPLAINT CASE NO C-076135, COPIES NOT ENCLOSED DUE TO PLAINTIFF NOT HAVING A COPY. TO ENCLOSE WITH THIS FOIA LAWSUIT COMPLAINT...AT THIS TIME THE F.B.I AGENCY, HAVE REFUSED TO ISSUE ME, THE INFORMATION THAT I BEEN REQUESTING DUE TO THEIR BIG ACTIVE GOVT CORRUPTION THAT IS TAKING PLACE WITH ME AT THE PRESENT TIME, MY LIFE IS ON HOLD DUE TO THIS FOIA REQUEST BY PLAINTIFF....

VI)
PLAINTIFF AT THE PRESENT TIME HAVE NOT HIRED AN ATTORNEY TO REPRESENT HIM IN THIS ACTION. BUT PLAINTIFF WILL HIRED AN ATTORNEY IN THE NEAR FUTURE, TO REPRESENT PLAINTIFF IN THIS ACTION AND WILL CONTINUE TO INCUR EXPENSES FOR ATTORNEY'S FEES AND COSTS... AS SOON AS THE F.B.I AGENCY ISSUES THE FOIA INFORMATION PLAINTIFF, HAD REQUESTED SEVERAL TIMES, WITHOUT AN ANSWER FROM THE F.B.I AGENCY....

VII)
THE RECORD REFERRED TO ABOVE IS IDENTIFIABLE RECORD WITHIN THE MEANING OF THE FREEDOM OF INFORMATION ACT. THE FEDERAL BUREAU OF INVESTIGATIONS, AGENCY, REFUSAL TO DISCLOSE AND FURNISH THE PLAINTIFF FOIA REQUEST IS WRONG AND WITHOUT LAWFUL REASON OR EXCUSE, AND PLAINTIFF IS ENTITLED TO RELIEF PROVIDED BY THE ACT, WHEREFORE, PLAINTIFF PRAYS: THAT THE UNITED STATES DISTRICT COURT, SEES THE GREAT MISTAKE THAT IS ACTIVELY MADDED....

1)
FOR PRELIMINARY AND FINAL INJUNCTIONS PROHIBITING DEFENDANT, F.B.I SPECIAL AGENT ERICK LAMODE FROM WITHHOLDING FROM PLAINTIFF PETER CHAVEZ GODINEZ, THE FEDERAL CASE RECORD, OF SUBJECT ESTEBAN MORENO, PANJOJA, REFE-RRED TO AND DESCRIBED ABOVE...

2) FOR PRELIMINARY AND FINAL INJUNCTIONS DIRECTING DEFENDANT F.B.I SPECIAL AGENT ERICK LAMODE TO MAKE SUCH RECORD AVAILABLE TO PLAINTIFF AND TO PERMIT THE INSPECTION AND COPYING OF SUCH RECORD,. I TESTIFIED TO THE FEDERAL GRAND JURY ABOUT THIS CASE ON JUNE, 2002...THE SANTA CRUZ SUPERIOR COURT, HOMICIDE CASE AGAINST ESTEBAN MORENO PANJOJA, THAT THESE SPECIAL OFFICIALS FRAMED HIM WITH, TOOKED PLACE ON 07-21-2001. I'M THE PERSON THAT COMMITTED THIS HOMICIDE." I BECAME A GOVT RECRUITED OPERATIVE AFTER THIS HOMICIDE TO COVER UP THIS HOMICIDE. I RECORDED MYSELF KILLING THESE MALE, WITH THE SAME GOVT RECORDER, THAT I USED TO FABRICATED THE FEDERAL CASE, ON THESE SUBJECT ESTEBAN MORENO PANJOJA, IN WHICH I TESTIFIED TO THE FEDERAL GRAND JURY ELEVEN MONTHS LATER, ABOUT THE RECORDINGS AND DRUG BUY, AND HOW LONG WE HAD BEEN WORKING ON THIS CASE. THE F.B.I SPECIAL AGENT BRYANT RICHARDSON WARNED ME, NOT TO SPEAK ABOUT THE HOMICIDE CASE TO THE FEDERAL GRAND JURY, AT THE TIME OF ME TESTIFYING...

3) I ASK THE COURT, TO COVER THE ATTORNEY'S FEES AND COSTS, AND FOR SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY SEEN PROPER. JANUARY-15-2008 ...

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT...

JANUARY-15-2008

PETER CHAVEZ GODINEZ...

Peter

( PLAINTIFF'S SIGNATURE )

PETER CHAVEZ GODINEZ
BK 03031558 → D.T 2957
SANTA CLARA CO. DEPT OF CORRECTIONS
885. N. SAN PEDRO STREET
SAN JOSE. CALIF. 95110

SANTA CLARA COUNTY DEPT OF CORRECTIONS
885 N. SAN PEDRO STREET
SAN JOSE, CALIF. 95110

. . LEGAL MAIL . .

For Compliant I & 2:137

UNITED STATES DISTRICT COURT    CLERK
280. SOUTH FIRST STREET
SAN JOSE, CALIFORNIA. 95113

COUNTY JAIL
GENERAL MAIL