CV 08 RMW (PR) 00656

01-15-2008

U.S. DISTRICT COURT, CLERK...

WILL YOU PLEASE, UPON RECEIVING THIS COMPLAINT, UNDER FREEDOM OF INFORMATION ACT, LAWSUIT... WILL YOU PLEASE, SEND ME THE CASE NUMBER PLEASE?! CLERK MY AGE IS 37 YEARS OLD., FOR THE PAST FIVE YEARS, I BEEN LIVING DAILY A TERRIBLE LIFE.! DUE TO THIS TRUE VERY SERIOUS MATTER., AND GREAT MESS OF ERRORS, THAT ARE VERY EASY IT TO PROVE AGAINST THE RESPONSIBLE GOVERNMENT SPECIAL OFFICIALS, AND THEIR GOVT SECRET NEUROTECHNOLOGY, THEY WORK WITH.! PLEASE CLERK SEND ME, THE CASE NUMBER TO THIS COMPLAINT AS SOON AS IT IS POSSIBLE, THANK YOU, FOR ALL YOUR GREAT WORK //

TRULY SINCERE

Peter

FILED
JAN 28 2008
RICHARD [...] KING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

P.S

I WILL NOT ENCLOSED ANY OTHER LEGAL DOCUMENTS, AS EXHIBITS ON THIS FOIA COMPLAINT, BECAUSE THE COURT HAS ALL THE RIGHT TRUE INFORMATIONS, ON THE COURT FILES... SEE U.S. DISTRICT COURT CASE NO. C-076135... I WILL GO FURTHER INTO THIS SAME ACTIONS, THAT THE GOVERNMENT RESPONSIBLE SPECIAL OFFICIALS, AND THE COURT, ARE TRYING TO PUT UNDER THE RUGG.! WHEN I'M STILL ALIVE, AND DAILY BEING VICTIMIZED, BY THE F.B.I AGENCY ALL SPECIAL AGENTS THROUGH THE GOVT NEUROTECHNOLOGY, IN MY BODY NERVES... WHAT A SHAMED.