CLERK...

I HAD TO REWRITED THIS FOIA COMPLAINT, BECAUSE I DONT THINK, THAT YOU OR THE JUDGE GET THE CLEAR PICTURE, OF THIS SERIOUS MATTER, FOR ME TO "SHOW CAUSE", ON THIS WRITENED MOTION ENCLOSED, ITS FOR EXAMPLE, ME ASKING THE RIGHT AGENCY, FOR A COPY OF MY BIRTH CERTIFICATE AND THE AGENCY TELLING ME WHY AND DENYING MY REQUEST. I FABRICATED THIS CASES. THIS IS MY INFORMATION "MY PERSONAL INFORMATION" ISTHAT GOING TO BE DENIED TOO? NOW THAT MAKES GREAT SENSE. WHAT A SHAME OF JUSTICE! THAT JUDGE RONALD M. WHITE, SHURE IS AN EVIL MEN! HOW CAN HE DO THIS TO ME! I BEEN IN CUSTODY SINCE 06-15-03 AND THE F.B.I AGENCY, NEUROTECH, HIS BEEN ACTIVE OPERATIVE, EVERY SECOND OF THIS ALMOST FIVE YEARS, INSIDE CUSTODY. THAT CLEARLY VIOLATES, ALL MY HUMAN AND ALL RIGHTS, I SHOULDOF BEEN ENTITLE TOO. I'm HEADING TO A HIGHER COURT WITH THIS MATTER. I AM IN CUSTODY. I UNDERSTAND THAT MY CASE IS "NATIONAL SECURITY CONCERNS" BUT I'M IN CUSTODY WHAT IS GOING TO HAPPEN WITH ME? I'm WAITING FOR JUSTICE. HOW IS THIS MATTER IS GOING TO BE SETTLE!? I CANT LIVE THE REST OF MY LIFE WITH THESE ANIMALS, AGENTS, VIOLATING ME 24 HOURS DAILY THREATENING ME, AND DEPRIVING ME FROM LIFE. THROUGH THE COMP NEUROTECH, IN MY BODY NERVES. I CANT WAIT, TO SEE THAT JUDGE, WHITE FACE TO FACE! WHAT AN EVIL JUDGE! I WILL BY PASS THAT JUDGE. I WILL APPEAL HIS CORRUPTED JUDGMENT INTO MY MATTER TO THE HIGHER COURT. I WILL GET JUSTICE THE RIGHT WAY OR WRONG WAY. I'm NOT GOING TO LOOSED. I WILL GET JUSTICE



TRULY...

CASE NO-C08-06...

FILED
2008 MAR 11 P 2: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA (S.J.)