

FILED

2008 MAR 11 P 2: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PETER CHAVEZ GODINEZ

        Plaintiff,

vs.

F.B.I. SPECIAL AGENT ERICK LAMOE & THE F.B.I AGENCY ALL SPECIAL AGENTS AND GOVT SECRET OPERATIVES GOVT SPECIAL INTELL-NEURO TECH..

        Defendant.

CASE NO. CV 08-00656

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, PETER CHAVEZ GODINEZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS  - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  FEDERAL BUREAU OF INVESTIGATIONS, 950 South Bascom Avenue, San Jose CA.
5  95128, RECRUITED COIT ACTIVE OPERATIVE C.I.A SPY INFORMAL, WITH THE
6  F.B.I AGENCY NEURC. UNIVERSAL TECHNOLOGY.

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or                        Yes ___ No _X_
10          self employment
11     b.   Income from stocks, bonds,                     Yes ___ No _X_
12          or royalties?
13     c.   Rent payments?                                 Yes ___ No _X_
14     d.   Pensions, annuities, or                        Yes ___ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,             Yes ___ No _X_
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.     Are you married?                                Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____   Net $_____
28  4.  a.    List amount you contribute to your spouse's support: $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                  - 2 -

|    |    |
|----|----|
| 1  | b. List the persons other than your spouse who are dependent upon you for |
| 2  | support and indicate how much you contribute toward their support. (NOTE: |
| 3  | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4  | THEIR NAMES.). |
| 5  | _____ |
| 6  | _____ |
| 7  | 5. Do you own or are you buying a home?   Yes ____ No ✗ |
| 8  | Estimated Market Value: $_____✗_____ Amount of Mortgage: $_____ |
| 9  | 6. Do you own an automobile?              Yes ____ No ✗ |
| 10 | Make _____ Year _____ Model _____ |
| 11 | Is it financed? Yes ____ No ____ If so, Total due: $ _____ |
| 12 | Monthly Payment: $ _____ |
| 13 | 7. Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.) |
| 14 | Name(s) and address(es) of bank: _____ |
| 15 | _____ |
| 16 | Present balance(s): $ _____ |
| 17 | Do you own any cash? Yes ____ No ✗ Amount: $ _____ |
| 18 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 19 | market value.) Yes ____ No ✗ |
| 20 | _____ |
| 21 | 8. What are your monthly expenses? |
| 22 | Rent: $ _____ Utilities: _____ |
| 23 | Food: $ _____ Clothing: _____ |
| 24 | Charge Accounts: |
| 25 | Name of Account       Monthly Payment       Total Owed on This Acct. |
| 26 | _____   $ _____   $ _____ |
| 27 | _____   $ _____   $ _____ |
| 28 | _____   $ _____   $ _____ |

1 | 9. Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do not include account numbers.)
3 | _____NONE_____
4 | _____
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits? Yes ___ No ___
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed. C-0502276 - C-0500495.
9 | All I have brought to the court, all relieved, it the same matter
10 | one simple complaint, one matter, same complaint
11 | I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 | I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15
16 | 02-03-2008                    [signature]
17 | DATE                          SIGNATURE OF APPLICANT

1
2                                                    Case Number: _CV-08-00-656_
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                           **IN**
10                              **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _PETER  CHAVEZ_  for the last six months
                                          [prisoner name]
14   _SCC  DEPT  OF  CORRECTION_  where (s)he is confined.
            [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _12.50_ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_6.69_.
18
19   Dated: _2/29/08_                          _____
                                                  [Authorized officer of the institution]
20                                             _Accountant II_
21
22
...
28

-5-

```
                       SANTA CLARA COUNTY
                     Resident Account Summary
                  Friday, February 29, 2008  @09:51
================================================================================
For PFN: DTL957    CHAVEZ, PETER
--------------------------------------------------------------------------------
   Date     Transaction Description              Amount  Balance   Owed   Held   Reference
--------------------------------------------------------------------------------
02/29/2008  DEPMO      641499584                  30.00    51.87   0.00   0.00
02/21/2008  ERF        OID:100754078-ComisaryRef  21.32    21.87   0.00   0.00
02/19/2008  EPR        OID:100754078-ComisaryPur -21.32     0.55   0.00   0.00
02/12/2008  EPR        OID:100750977-ComisaryPur  -4.97    21.87   0.00   0.00
02/05/2008  EPR        OID:100747965-ComisaryPur -13.20    26.84   0.00   0.00
01/29/2008  DEPMO      101322261436               40.00    40.04   0.00   0.00
11/27/2007  EPR        OID:100719236-ComisaryPur  -5.63     0.04   0.00   0.00
11/19/2007  EPR        OID:100715863-ComisaryPur  -8.80     5.67   0.00   0.00
11/15/2007  ERF        OID:100713284-ComisaryRef   4.10    14.47   0.00   0.00
11/13/2007  EPR        OID:100713284-ComisaryPur -14.19    10.37   0.00   0.00
11/09/2007  <INP>      Payment for INP on 2007-1  -1.10    24.56   0.00   0.00
11/09/2007  <INP>      Payment for INP on 2007-1  -1.10    25.66   1.10   0.00
11/09/2007  <INP>      Payment for INP on 2007-1  -1.10    26.76   2.20   0.00
11/09/2007  <INP>      Payment for INP on 2007-1  -1.10    27.86   3.30   0.00
11/09/2007  <INP>      Payment for INP on 2007-0  -1.10    28.96   4.40   0.00
11/09/2007  <INP>      Payment for INP on 2007-0  -1.10    30.06   5.50   0.00
11/09/2007  <INP>      Payment for INP on 2007-0  -1.10    31.16   6.60   0.00
11/09/2007  <INP>      Payment for INP on 2007-0  -1.10    32.26   7.70   0.00
11/09/2007  <INP>      Payment for INP on 2007-0  -1.10    33.36   8.80   0.00
11/09/2007  <INP>      Payment for INP on 2007-0  -0.54    34.46   9.90   0.00
11/09/2007  DEPMO      5766642672                 35.00    35.00  10.44   0.00
10/23/2007  INP        OID:100704065-ComisaryPur   1.10     0.00  10.44   0.00
10/16/2007  INP        OID:100700928-ComisaryPur   1.10     0.00   9.34   0.00
10/09/2007  INP        OID:100697523-ComisaryPur   1.10     0.00   8.24   0.00
10/02/2007  INP        OID:100694431-ComisaryPur   1.10     0.00   7.14   0.00
09/25/2007  INP        OID:100691333-ComisaryPur   1.10     0.00   6.04   0.00
09/11/2007  INP        OID:100685321-ComisaryPur   1.10     0.00   4.94   0.00
09/04/2007  INP        OID:100682331-ComisaryPur   1.10     0.00   3.84   0.00
08/21/2007  INP        OID:100676160-ComisaryPur   1.10     0.00   2.74   0.00
08/14/2007  INP        OID:100673490-ComisaryPur   1.10     0.00   1.64   0.00
08/07/2007  <INP>      OID:100670429-ComisaryPur  -0.56     0.00   0.54   0.00
08/07/2007  INP        OID:100670429-ComisaryPur   1.10     0.56   1.10   0.00
07/24/2007  <INP>      OID:100664676-ComisaryPur  -1.10     0.56   0.00   0.00
07/24/2007  INP        OID:100664676-ComisaryPur   1.10     1.66   1.10   0.00
06/26/2007  EPR        OID:100653080-ComisaryPur -18.58     1.66   0.00   0.00
06/21/2007  DEPMO      57-36665726                20.00    20.24   0.00   0.00
06/05/2007  EPR        OID:100644374-ComisaryPur -12.07     0.24   0.00   0.00
05/31/2007  ERF        OID:100641470-ComisaryRef  12.30    12.31   0.00   0.00
05/29/2007  EPR        OID:100641470-ComisaryPur -36.12     0.01   0.00   0.00
05/24/2007  DEPMO      5736665037                 36.00    36.13   0.00   0.00
02/13/2007  EPR        OID:100598141-ComisaryPur  -5.89     0.13   0.00   0.00
02/06/2007  EPR        OID:100595666-ComisaryPur  -3.97     6.02   0.00   0.00
01/30/2007  EPR        OID:100592583-ComisaryPur  -6.11     9.99   0.00   0.00
01/25/2007  ERF        OID:100589837-ComisaryRef  11.70    16.10   0.00   0.00
01/23/2007  EPR        OID:100589837-ComisaryPur -15.90     4.40   0.00   0.00
01/20/2007  DEPMO MJ   10138666151                20.00    20.30   0.00   0.00
01/16/2007  EPR        OID:100587069-ComisaryPur  -8.37     0.30   0.00   0.00
01/09/2007  EPR        OID:100584248-ComisaryPur -10.22     8.67   0.00   0.00
01/02/2007  EPR        OID:100581604-ComisaryPur -17.25    18.89   0.00   0.00
12/26/2006  EPR        OID:100578929-ComisaryPur -13.90    36.14   0.00   0.00
12/20/2006  DCASH MJ   57-36641129                50.00    50.04   0.00   0.00
10/31/2006  EPR        OID:100556941-ComisaryPur  -6.30     0.04   0.00   0.00
10/24/2006  EPR        OID:100553705-ComisaryPur -23.74     6.34   0.00   0.00
10/19/2006  DEPMO MJ   57-36630656                30.00    30.08   0.00   0.00
10/10/2006  EPR        OID:100548082-ComisaryPur  -2.04     0.08   0.00   0.00
09/26/2006  EPR        OID:100542296-ComisaryPur -28.36     2.12   0.00   0.00
09/12/2006  DEPMO MJ   57-36628298                30.00    30.48   0.00   0.00
06/20/2006  EPR        OID:100504851-ComisaryPur -25.18     0.48   0.00   0.00
--------------------------------------------------------------------------------
                                   Page 1
```