IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER CHAVEZ GODINEZ,
        Plaintiff,

V.

F.B.I SPECIAL AGENT ERICK LAMOE,
THE F.B.I AGENCY, U.S. GOVT NEUROTECH.
        DEFENDANT.
OFFICE PHONE NO (408)535-4646

CASE NO. C08-0656

MOTION SHOWING CAUSE, FR 21(b)(6)(A) complaint
SHOULD NEVER BE ORDER, BY THE COURT TO BE
DISMISS.

FILED
MAR 11 2008
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

SHOWING CAUSE → UNDER THE FREEDOM OF INFORMATION ACT (5 USCA §552(a)(6)), THE PLAINTIFF PETER CHAVEZ GODINEZ BY LAWS, HAVE THE RIGHTS, TO REQUEST MY OWN PERSONAL GOVERNMENT INFORMATION, AS I KEEP REQUESTING IT, FOR THE PAST TWO YEARS. THERE IS NO REASON WHY, THE PLAINTIFF PETER CHAVEZ GODINEZ, SHOULD BE DENIED FOR HIS OWN PERSONAL INFORMATIONS, FROM THE FEDERAL BUREAU OF INVESTIGATIONS AGENCY. 950 SOUTH BASCOM AVENUE, SAN JOSE CALIF.95128. DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE, WAS THE PLAINTIFF PETER CHAVEZ GODINEZ, HANDLER FROM 1999 To 09-10-02 THE PLAINTIFF, IS REQUESTING FROM THE DEFENDANT AGENT LAMOE, To DISCLOSE TO THE PLAINTIFF THE ABOVE IDENTIFIABLE RECORD, OF ESTEBAN MORENO PANTOJA, DRUG CASE COURT TRANSCRIPTS, AND THE PLAINTIFF, FULL PERSONAL GOVERNMENT INFO-RMATION, THAT THE DEFENDANT AGENT LAMOE HAS ABOUT THE PLAINTIFF, WITHIN THE MEANING OF THE FREEDOM OF INFORMATION ACT..... THE PLAINTIFF IS ONLY ASKING FOR THIS TWO INFORMATIONS TO BE DISCLOSED TO THE PLAINTIFF, THE PLAINTIFF FABRICATED THIS FEDERAL U.S. DISTRICT COURT CASE, AGAINST ESTEBAN MORENO PANTOJA, THE PLAINTIFF NEVER HAD A CHANCE TO REVIEW THOSE COURT TRANSCRIPTS, IN WHICH THE PLAINTIFF IS FULLY AWARE THAT THE DEFENDANT AGENT LAMOE, AND THE TRANSCRIPT USER AGENT SUSAN, FABRIGATED LIES IN THIS DOCUMENTS. THE PLAINTIFF FABRIGATED MANY OTHER CASES, FOR THE F.B.I AGENCY AND THE UNITED STATES GOVERNMENT, BUT THE PLAINTIFF ONLY HAS INTEREST IN THIS DRUG CASE, AGAINST ESTEBAN MORENO PANTOJA, FOR THE FACT, THAT INVOLVES ABOUT ACTIVE CORRUPTION, OF A MURDER CONSPIRACY THAT TOOK PLACE ON 07-21-2001 WHILE THE PLAINTIFF, WAS UNDER GOVT SPECIAL SURVEILLANCE, UNDER THE SUPERVISION OF THE DEFENDANT AGENT LAMOE AND THE F.B.I AGENCY, SPECIAL PRIVATE INVESTIGATORS. THAT GOT THE PLAINTIFF, RECRUITED AS A C.I.A SPY, WITH THE DEFENDANT AGENT LAMOE & THE F.B.I AGENCY ALL SPECIAL AGENTS, AND GOVT OPERATIVES, SECRET GOVT SPECIAL INTEL- NEUROTECH, ACTIVE OPERATIVE IN THE PLAINTIFF BODY NERVES, FROM 07-21-2001 TO 09-10-2002. THE PLAINTIFF QUIT WORKING DUE TO DEATH THREATS AND SEXUAL HARRASSMENT BY THE F.B.I SPECIAL PRIVATE INVESTIGATOR, AGENT SUSAN. AND THE DEFENDANT AGENT LAMOE. THE F.B.I AGENCY, NEUROTECH, IN THE PLAINTIFF BODY NERVES, WAS TURNED OFF, FROM 09-10-2002 TO 11-30-2002. SINCE 11-30-2002 TO THIS VERY DATE 02-26-2008 APPROX 18:00 HOURS, THE F.B.I AGENCY, NEUROTECH, HAVE BEEN ACTIVE OPERATIVE, ON THE PLAINTIFF HEARING AND SEEING NERVES BY FORCED, BY THE F.B.I AGENCY, AND THE ABOVE SPECIAL OFFICIALS. 24 HOURS DAILY CIRCLE INTERNAL MANIPULATION, CENTRALIZED CONCENTRATED SPECIAL FORCES SIGNAL COMMUNICATION, BY THESE AGENTS, BY FORCED, DEPRIVING THE PLAINTIFF FROM LIFE AND RIGHTS, THE PLAINTIFF HAS SUFFERED DAILY THIS PAST FIVE YEARS, FROM ALL THE TIME, EVERY SECOND INFLICTED PAIN, IN THE PLAINTIFF BODY NERVES, LIMBS AND ORGANS, THE PLAINTIFF BRAIN AND CONSCIOUS HAVE BEEN VANDALIZED BY THESE AGENTS ON PURPOSED THROUGH THIS GOVT NEUROTECH, IN THE PLAINTIFF BODY NERVES.... EVERY SECOND THIS PAST FIVE YEARS...

THE PLAINTIFF, WAS HIGHLY SURPRISED, TODAY 02-26-2008 APPROX 3:AM, WHEN THE PLAINTIFF RECEIVED THIS COURT ORDER TO SHOW CAUSE IE: DISMISSAL PURSUANT TO 28 U.S.C. §1915(G). THE PLAINTIFF WOULD LIKE TO ADDRESS TO THE COURT, THAT THIS IS A COMPLAINT, UNDER THE FREEDOM OF INFORMATION ACT (5 U.S.C.A §552(A)(6)). IN WHICH THE PLAINTIFF IS ENTITLE BY LAW TO THE ABOVE REQUESTED INFORMATION UNDER THE ACT.

THE PLAINTIFF, HAVE BEEN IN THE CUSTODY OF THE SANTA CLARA COUNTY JAIL, SINCE 06-15-2003, TO THIS VERY DATE 02-26-2008, WITH THE F.B.I AGENCY, NEUROTECH, ACTIVE OPERATIVE, EVERY SECOND OF THIS PAST FIVE YEARS, THE AGENTS HAVE BEEN TAKING TURNS SABOTAGING THE PLAINTIFF BRAIN, WITH THE AGENTS EVIL CRUELEST INTERNAL MANIPULATION CONCENTRATED INTERNALIZED 24 HOURS DAILY COMMUNICATION, THROUGH THIS GOVT NEUROTECH, IN THE PLAINTIFF BODY NERVES ACTIVE BY THE DEFENDANT AGENT LAMOE AND THE F.B.I AGENCY ALL AGENTS BY FORCED... DEPRIVING THE PLAINTIFF FROM LIFE, THROUGH THIS DAILY INFLICTED SUFFERING BY THESE AGENTS...

THE PLAINTIFF, REPORTED THIS CIVIL RIGHTS VIOLATION, THROUGH A 1983 CIVIL RIGHT COMPLAINT, ON 05-03-2005 CASE NO. 5:05CV0495 TO THIS U.S. DISTRICT COURT. THE PLAINTIFF, DID NOT SEE ANY CHANGES, THE DEFENDANT AGENT LAMOE AND THE AGENT SUSAN, BECAME EXTREMELY MORE ABUSIVE TOWARDS THE PLAINTIFF DAILY THROUGH THE F.B.I AGENCY, INTEL. NEUROTECH. THE PLAINTIFF WAS SUFFERING A LOT DAILY BECAUSE OF THIS EVIL CRUEL DISTURBING INTERNAL PUNISHMENT, INFLICTED BY THESE AGENTS ON PURPOSE THROUGH THE PLAINTIFF NEUROTECH, IN THE PLAINTIFF BODY NERVES. THE PLAINTIFF HAD TO FILED A RESTRAINING COURT ORDER, ON THE DEFENDANT AGENT LAMOE, IN THE SUPERIOR COURT, ON MAY-24-2005 CASE NO 105.CV041696, FOR THE DEFENDANT AGENT

LAMOE, AND THE F.B.I AGENCY, TO BE ORDERED TO TURNED (OFF). THE PLAINTIFF BODY NERVES, THE F.B.I AGENCY, INTELL-NEURO TECH. THE DEFENDANT AGENT LAMOE, HAD COURT ON THIS STATE GOVT, RESTRAINING COURT ORDER CASE NO. 105CV041696 ON JUNE/10/2005. BUT THE UNITED STATES ATTORNEY KEVIN V. RYAN, REMOVED THIS MATTER 105 CV 041696, FROM THE STATE KICK COURT ON JUNE/03/2005. CITING PURSUANT TO 28 U.S.C § 1331, 1441 AND 1442. TO THE U.S DISTRICT COURT, GIVING THIS STATE MATTER, A U.S. DISTRICT COURT CASE NO. C-0502276. IN WHICH THIS MATTER IS THE SAME MATTER AS THE 1983 U.S.C. CIVIL RIGHTS COMPLAINT CASE NO C-0500495, THAT I FILED ON 02-02-2005. THE U.S. ATTORNEY KEVIN V. RYAN, GAVED THIS SAME MATTER A DIFFERENT COURT CASE NUMBER C-0500495. THE PLAINTIFF DID NOT SEE ANY COURT ORDERS, OR CHANGES INTO THIS MATTER. THE PLAINTIFF HAS BEEN SUFFERING SEVERELY DAILY THROUGH THIS ON PURPOSE PERSONAL INFLICTED AGENTS KNOWINGLY, ON THE PLAINTIFF. THE PLAINTIFF REPORTED THIS ACTIVE GOVERNMENT SPECIAL INTERNAL OFFICIALS CORRUPTION TOWARD THE PLAINTIFF, TO OTHER GOVERNMENT ADMINISTRATIONS, THAT WORKED WITH THIS UNITED STATES GOVERNMENT INTERNAL, SPECIAL SPYING INTELL- NEURO UNIVERSAL TECHNOLOGY, HOPING THAT ONE OF THIS GOVT ADMINISTRATIONS, WOULD CORRECT THIS ILLEGAL GOVT SPECIAL INTERNAL PERSONNEL ACTIVITY, TOWARD THE PLAINTIFF. THE PLAINTIFF, FIRST WROTE BY LETTER TO THIS GOVT HIGHER ADMINISTRATIONS, ASKING THIS ADMINISTRATIONS FOR THEIR HELP INTO THIS MATTER. BUT I DID NOT SEE OR HEARD NOTHING FROM THIS GOVT ADMINISTRATIONS. THE PLAINTIFF THEN WROTE THE FOLLOWING 1983 CIVIL RIGHTS COMPLAINTS.

(1) TO THE PRESIDENT GEORGE W. BUSH ADMINISTRATION CASE NO. C-053899. THE U.S DISTRICT COURT CLERK, NEVER ADVISED THE PLAINTIFF ABOUT THIS MATTER, ABOUT THE COURT RECEIVING THIS MATTER, FROM THE PLAINTIFF. THE PLAINTIFF RE-FILED THE SAME MATTER ON THIS SAME ADMINISTRATION WITHIN MONTHS. (2) CASE NO C-060062. (3) C.I.A DIRECTOR, PORTER GOSS, CASE NO C-060063. (4) F.B.I DIRECTOR ROBERT S. MUELLER, CASE NO 060064. (5) GOVERNOR ARNOLD SCHWARZENEGGER, CASE NO C-060065. (6) UNITED STATES ATTORNEY GENERAL ALBERTO GONZALEZ, CASE NO C-060066. (7) WATSONVILLE POLICE DEPARTMENT SPECIAL POLICE OFFICER ANTHONY MAGDALE, CASE NO C-060702. (8) SANTA CRUZ COUNTY DISTRICT ATTORNEY, CHRISTINE NEGUIRE, CASE NO C-060073. (9) WATSONVILLE POLICE DEPARTMENT CHIEF TERRY MEDINA, CASE NO C-060074. (10) SANTA CRUZ COUNTY SUPERIOR COURT HOUSE, JUDGE ARTHURD DANNER III, CASE NO C-060705. (11) F.B.I DEPUTY DIRECTOR, JOHN PISTOLE. CASE NO C-0600747. (12) U.S DISTRICT COURT, JUDGE RONALD M. WHITE, CASE NO C-060306. (13) SAN MARTIN COUNTY, DISTRICT ATTORNEY MARK E. HOOD CASE NO C-060763. (14) SAN MARTIN COUNTY SUPERIOR COURT, JUDGE HUGH F. MULLIN CASE NO C-0603764. (15) SANTA CLARA COUNTY JAIL, CLASSIFICATIONS SERGEANT NAVARRETE #563. CASE NO C-0605554. (16) SANTA CRUZ COUNTY GRAND JURY, CASE NO C-0605555. (17) SANTA CLARA COUNTY DISTRICT ATTORNEY SUPERVISOR GEORGE KENNEDY, CASE NO C-0606543. (18) C.I.A INSPECTOR GENERAL JOHN HELGERSON, CASE NO C-0700764. (19) INSPECTOR GENERAL GLENN FINE, CASE NO C-0701441. (20) F.B.I COUNSEL VALERIE CAPRONI, CASE NO C-0702094. AND BACK TO THE SAME MATTER, F.B.I SPECIAL AGENT ERICK LAMOE AND THE F.B.I AGENCY, INTELL-NEURO TECH. CASE NO-5:07 CV 06135. SAME MATTER, ADDED TO THE ORIGINAL U.S DISTRICT COURT CASE NO C-0500495 AND C-0502276. THIS IS ALL ONE MATTER. THE PRISON LITIGATION REFORM ACT OF 1995 (PLRA) WHICH WAS ENACTED ON APRIL 26, 1996, PROVIDES THAT A PRISONER MAY NOT BRING A CIVIL ACTION OR APPEAL A CIVIL JUDGEMENT UNDER 28 U.S.C § 1915) IF A PRISONER HAS, ON 3 OR MORE PRIOR OCCASIONS. THE PLAINTIFF AT NO TIME HAD BROUGHTED TO THE COURT A DIFFERENT MATTER. THIS IS ALL ONE MATTER. SAME COMPLAINT. ONE MATTER. THE PLAINTIFF DOES NOT APPLY TO THE PRISON LITIGATION ACT, PLRA) . BECAUSE THIS IS ALL ONE MATTER, THE U.S. ATTORNEY KEVIN V. RYAN, MADE A MISTAKE WHEN HE REMOVED THE STATE GOVT MATTER, CASE NO. 105CV041696 TO THE U.S. DISTRICT COURT, GIVEN THIS MATTER A SECOND U.S. DISTRICT COURT CASE NUMBER C-0502276. THIS IS ALL ONE MATTER, ONE COMPLAINT. THAT IS ALL TRUE.

NOW, THIS IS NOT A 1983 CIVIL RIGHTS COMPLAINT, THIS IS A COMPLAINT UNDER THE FREEDOM OF INFORMATION ACT. WHERE THE PLAINTIFF IS ENTITLE TO THIS PERSONAL GOVERNMENT INFORMATION BY LAW. UNDER THE ACT. THE PLAINTIFF IS REQUESTING THAT DEFENDANT AGENT LAMOE PERMIT INSPECTION FROM THE ABOVE RECORDS, TO THE PLAINTIFF, AND THE PLAINTIFF PUBLIC DEFENDER MIGUEL RODRIGUEZ, OFFICE OF THE PUBLIC DEFENDER, 120 WEST MISSION STREET, SAN JOSE, CALIF. 95110. SO THAT THE PLAINTIFF CAN FINALLY PROVED THE ACTIVE GOVT INTERNAL SPECIAL OFFICIALS CORRUPTION, IN THE PLAINTIFF STATE GOVT CRIMINAL CASE NO FF-302126, THE PLAINTIFF WILL SUBPOENA ALL THE RESPONSIBLE SPECIAL GOVT OFFICIALS, FOR ALL THE PAIN INFLICTED ON THE PLAINTIFF THROUGH THE F.B.I AGENCY NEURO TECH. ALL THIS PAST FIVE YEARS, DAILY. FOR THE PLAINTIFF CRIMINAL CASES JURY TRIAL, THAT IS NOW ON PROCESS, FINALLY AFTER ALL THIS YEARS.

FOR PRELIMINARY AND FINAL INJUNCTIONS DIRECTING DEFENDANT F.B.I SPECIAL AGENT ERICK LAMOE, FROM WITHHOLDING FROM PLAINTIFF THE RECORDS REFERRED TO AND DESCRIBED ABOVE, AND TO PERMIT THE INSPECTION AND COPYING OF SUCH RECORDS. FOR ATTORNEY FEES AND COSTS, AND FOR SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY SEEM PROPER. 02-26-2008.

PLAINTIFF, PETER CHAVEZ GOMEZ. I.K. 0601558 → DTL957

PUBLIC DEFENDER: MIGUEL RODRIGUEZ
OFFICE OF THE PUBLIC DEFENDER
120 WEST MISSION STREET
SAN JOSE, CALIF. 95110.