


CHAVEZ GODINEZ
31558 → D-TL957
Ala Co. Dept of Corrections
SAN PEDRO STREET
SE, CALIF. 95110

LEGAL MAIL

CASE No. CV-08-00-656

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South First STREET. Room 2112
SAN JOSE, CALIFORNIA. 95113-3095

 

CHAVEZ GOMEZ
P31558 → DTL957
[Santa] Clara Co. Dept of Corrections
[150] San Pedro Street
[San Jose], Calif. 95110

Legal mail

Case No. CV-08-00-656

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA.
280 South First Street. Room 2112
San Jose, California. 95113-3095.