IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER CHAVEZ GODINEZ,  )   No. C 08-0656 RMW (PR)
            )
    Plaintiff,  )   ORDER OF DISMISSAL
            )
  v.  )
            )
ERIC LAMOE,  )
            )
    Defendant.  )
_____ )   (Docket No. 6)

    Plaintiff, a detainee at the Santa Clara County Jail and frequent litigant in this court, filed the instant pro se complaint pursuant to the Freedom of Information Act ("FOIA"). See 5 U.S.C. § 552(a). Plaintiff also has filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    On February 21, 2008, the court issued an order to show cause to plaintiff as to why the instant complaint should not be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). See Andrews v. King, 398 F.3d 1113, 1121 (9th Cir. 2005). On March 11, 2008, plaintiff filed a response to the court's order to show cause. Plaintiff states that the instant FOIA complaint relates to his request for records from the Federal Bureau of Investigations. Plaintiff has filed an amended FOIA complaint.

\\\

1  However, plaintiff has not demonstrated that his prior cases, set forth below, do not
2  qualify under 28 U.S.C. 1915(g).
3     The Prison Litigation Reform Act of 1995 ("PLRA"), which was enacted on April
4  26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment
5  under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while
6  incarcerated or detained in any facility, brought an action or appeal in a court of the
7  United States that was dismissed on the grounds that it is frivolous, malicious, or fails to
8  state a claim upon which relief may be granted, unless the prisoner is under imminent
9  danger of serious physical injury." 28 U.S.C. § 1915(g).
10    A review of the dismissal orders in plaintiff's prior prisoner actions in this court
11 reveal that he has had three such cases dismissed on the grounds that they were frivolous,
12 malicious, or failed to state a claim upon which relief may be granted. See Godinez v.
13 Lamoe, C 05-0495 RMW (PR) (dismissed as frivolous); Godinez v. Lamoe, C 05-2276
14 RMW (PR) (dismissed for failure to state a claim); Chavez v. Bush, C 05-3899 RMW
15 (PR) (dismissed as frivolous).
16    Accordingly, in light of these dismissals, and because plaintiff is not under
17 imminent danger of serious physical injury, the instant civil rights action is DISMISSED
18 without prejudice pursuant to 28 U.S.C. § 1915(g). Plaintiff may file his claims in a paid
19 complaint in a new case. Based upon this dismissal, plaintiff's motion to proceed in
20 forma pauperis (docket no. 6) is DENIED. The clerk shall terminate all pending motions
21 and close the file.
22    IT IS SO ORDERED.
23 DATED: 3/24/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.08\Godinez656dis         2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. GODINEZ, | Case Number: CV08-00656 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ERICK LAMOE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Chavez Godinez 03031558
Santa Clara County Department of Corrections
885 N. San Pedro Street
San Jose, CA 95110

Dated: March 31, 2008

Richard W. Wieking, Clerk
By: Snooki Puli, Deputy Clerk