IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CHAVEZ GODINEZ, ) | No. C 08-0656 RMW (PR) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| ERIC LAMOE, ) | |
| ) | |
| Defendant. ) | |

The court has dismissed the instant civil rights action without prejudice pursuant to 28 U.S.C. § 1915(g). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/24/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.08\Godinez656jud                1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. GODINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERICK LAMOE et al,<br><br>　　　　Defendant. | Case Number: CV08-00656 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Chavez Godinez 03031558
Santa Clara County Department of Corrections
885 N. San Pedro Street
San Jose, CA 95110

Dated: March 31, 2008

Richard W. Wieking, Clerk
By: Snooki Puli, Deputy Clerk